# Order

Michigan Supreme Court
Lansing, Michigan

November 21, 2007

Clifford W. Taylor,
Chief Justice

134728

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
MICHELE KASETA,
      Plaintiff-Appellee,

Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

v

SC: 134728
COA: 273215
Macomb CC: 05-001971-NO

THEODORE BINKOWSKI and CAROL
BINKOWSKI,
      Defendants-Appellants.

_____/

     On order of the Court, the application for leave to appeal the July 12, 2007 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, for the reasons stated in the Court of Appeals dissenting opinion, and we REMAND this case to the Macomb Circuit Court for entry of a judgment of summary disposition in favor of the defendants.

     CAVANAGH and KELLY, JJ., would deny leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2007

_____
Clerk

t1114